FILED

UNITED STATES COURT OF APPEALS

JUN 12 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 09-10139 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 4:07-cr-01207-RCC-CRP-1 U.S. District Court for Arizona, Tucson |
| v. | |
| HOWARD WESLEY COTTERMAN, | ORDER |
| Defendant - Appellee. | |

Before: McKEOWN, Circuit Judge.

 Appellee's Second Unopposed Motion to Stay the Mandate Pending his Petition for Writ of Certiorari is Granted. Fed. R. App. P. 41(d)(2).